# UNITED STATES BANKRUPTCY COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

In re:  
    SCARBOROUGH & HARGETT  
    FUNERAL HOME, INC.

Case No. 16-80220

Chapter 11

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, J. C. Scarborough, III declare under penalty of perjury that I am the President of Scarborough & Hargett Funeral Service, Incorporated, a North Carolina Corporation and that on March 1, 2016 the following resolution was duly adopted by the Officers, Directors and Shareholders of this Corporation:

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that J.C. Scarborough III, President of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that J. C. Scarborough, III, President or Queen B. Scarborough, Vice President of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation In connection with such bankruptcy case; and

Be It Further Resolved, that J. C. Scarborough, III, President of this Corporation, is authorized and directed to employ Florence A. Bowens, Esq., attorney and the Law Office of Whitfield & Bowens, PLLC to represent the Corporation in such bankruptcy case, at the agreed compensation rate of $250.00 per hour."

Executed on: 3-2-16

Signed: *J. C. Scarborough* 
J.C. Scarborough III